IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE MORRIS, | § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No. 4:15-cv-638 |
| UNITED HEALTH CARE, | § § § | |
| Defendant. | § | |

## INDEX OF STATE COURT MATTERS

Defendant files its Index of State Court Matters, and states:

**Exhibit**                                                                              **Date**

1. Petition: Small Claims Case                                     08/13/2015

2. Affidavit: Section 201(b)                                        08/13/2015

3. Justice Court Civil Case Information Sheet             08/13/2015

4. Citation to "United Health Care"                          08/18/2015

5. Petition, Citation, Information Sheet, and Service of Process     08/21/2015
Transmittal received by Defendant

6. Defendant's Original Answer                                   09/01/2015



Dated: September 18, 2015     Respectfully submitted,

> By: /s/ Andrew G. Jubinsky
>     Andrew G. Jubinsky
>     Texas Bar No. 11043000
>     andy.jubinsky@figdav.com
>     Amber D. Reece
>     Texas Bar No. 24079892
>     amber.reece@figdav.com
>
> **FIGARI + DAVENPORT, L.L.P.**
> 901 Main Street, Suite 3400
> Dallas, Texas 75202
> Telephone: (214) 939-2000
> Facsimile: (214) 939-2090
>
> ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on September 18, 2015.

**Via CMRRR:**
George Morris
P.O. Box 864091
Plano, Texas 75086

> /s/ Andrew G. Jubinsky
> Andrew G. Jubinsky


**EXHIBIT 1**

**PETITION: SMALL CLAIMS CASE**

CASE NUMBER (Court Use Only): 31-SC- 15-00131

**Plaintiff(s):** George Morris
**Address:** PO Box 864091
Plano  TX  75086
City  State  Zip  Phone

**VS.**

**Defendant(s):** United Health Care
By Serving: RAi ICO CT Corp Systems
Phone: 800-328-5974
**Address:** 1999 Bryan St, Suite 900
Dallas  TX  75232  Dallas
City  State  Zip  County

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT 3-1

COLLIN COUNTY, TEXAS

Service
Dallas County Constable
7201 S. Polk St
Dallas TX 75201
$80   214-653-7011

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Violations of the Telecommunications Consumer Protection Act: 3x will willful damages sought due to the calls being made to a DNC registered numbers

**RELIEF:** Plaintiff seeks damages in the amount of $ 4500, and/or return of personal property as described as follows (be specific): N/A, which has a value of $ 0.
Additionally, plaintiff seeks the following: Court fees & service of
$41 + $80

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

George Morris
Petitioner's Printed Name

_GM_ (signature)
Signature of Plaintiff or Attorney
PO Box 864091
Address of Plaintiff or Attorney
Plano  TX  75086
City  State  Zip
N/A
Phone Number/Fax Number

FILED 2015 AUG 13 PM 4:02 JUSTICE COURT PCT 3-1

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157; email: jp3_1admin@collincountytx.gov

**EXHIBIT 2**

CASE NO. 31-SC-15-00131

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the **ONE** that applies, sign below as Plaintiff and have this form Notarized)

[ ] is **NOT** in the military.

[ ] is **NOT** on active duty in the military and/or

[ ] is **NOT** in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Servicemembers Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Servicemembers Civil Relief Act of 2003.

[X] military status is **unknown** at this time.

FILED 2015 AUG 13 PM 4:02 JUSTICE COURT PCT 3-1 BY CLERK

_____
PLAINTIFF

Sworn to and subscribed before me on the 13th day of August, 2015

STATE OF TEXAS
COUNTY OF COLLIN

_____        _____
NOTARY PUBLIC SIGNATURE           SEAL

OR

_____        _____
CLERK OF THE COURT                CLERK SEAL

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

Judge Chuck Ruckel Pct. 3, Plc. 1    920 E. Park Blvd.    Suite 220    Plano, Texas 75074

EXHIBIT 3

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* 31-SC-15-00131

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

**1. Contact information for person completing case information sheet:**

Name: George Morris
Telephone: N/A

Address: PO Box 864091
Fax: N/A

City/State/Zip: Plano TX 75086
State Bar No: N/A

Email: DNC.Violations@gmail.com

Signature: GM

**2. Names of parties in case:**

Plaintiff(s): George Morris

Defendant(s): United Health Care

[Attach additional page as necessary to list all parties]

**3. Indicate case type, or identify the most important issue in the case *(select only 1):***

☐ *Debt Claim:* A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ *Eviction:* An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ *Repair and Remedy:* A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☒ *Small Claims:* A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

FILED 2015 AUG 13 PM 4:02 JUSTICE COURT PCT 3-1 BY CLERK



EXHIBIT 4

## Cause No. 31-SC-15-00131

| | | |
|---|---|---|
| **GEORGE MORRIS** | § | **IN THE JUSTICE COURT** |
| **VS.** | § | **PRECINCT 3, PLACE 1** |
| **UNITED HEALTH CARE** | § | **COLLIN COUNTY, TEXAS** |
| **BY SERVING ICO CT CORP** | | |
| **SYSTEMS** | | |
| **1999 BRYAN ST STE 900** | | |
| **DALLAS TX 75232** | | |

THE STATE OF TEXAS TO **UNITED HEALTH CARE**, DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on August 13, 2015.

Your answer may be filed with this court, located at 920 East Park Boulevard, Suite 220 Plano Texas 75074.

ISSUED this the 18th day of August, 2015.

Judge Chuck Ruckel
Justice of the Peace,
Precinct 3, Place 1
Collin County, Texas

**CT Corporation**

**Service of Process Transmittal**
08/21/2015
CT Log Number 527687943



EXHIBIT 5

**TO:** Rebecca Thompson
UnitedHealth Group Incorporated (111504190770700600)
9900 Bren Rd E Ste 300W, MN008-T700
Minnetonka, MN 55343-4402

**RE:** Process Served in Texas

**FOR:** UnitedHealthcare (Assumed Name) (Domestic State: TX)
UnitedHealthcare of Texas, Inc. (543006723770700600) (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | George Morris, Pltf. vs. United Health Care, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Information Sheet, Citation, Return, Petition, Affidavit |
| **COURT/AGENCY:** | Justice Court, Pct. No. 3-1 Collin County, TX Case # 31SC1500131 |
| **NATURE OF ACTION:** | Violation of the telecommunications consumer protection act: 3X will willful damages sought due to the calls being made to a DNC registered numbers |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/21/2015 at 13:20 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | End of the 14 days after service |
| **ATTORNEY(S) / SENDER(S):** | George Morris P.O. Box 864091 Plano, TX 75086 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/22/2015, Expected Purge Date: 09/21/2015 |
| | Image SOP |
| | Email Notification, Administrative Assistant legalmail@uhc.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street Suite 900 Dallas, TX 75201 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / AH

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 31-SC-15-00131

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: George Morris | Telephone: N/A | Plaintiff(s): George Morris |
| Address: PO Box 864091 | Fax: N/A | |
| City/State/Zip: Plano TX 75086 | State Bar No: N/A | Defendant(s): United Health Car |
| Email: DNC.Violations@gmail.com | | |
| Signature: GM | | [Attach additional page as necessary to list all parties] |

3. Indicate case type, or identify the most important issue in the case (select only 1):

☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☐ **Eviction**: An eviction case is a lawsuit brought to possession of real property, often by a landlord against A claim for rent may be joined with an eviction case amount of rent due and unpaid is not more than excluding statutory interest and court costs but including fees, if any.

☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any.

☒ **Small Claims**: A small claims case is a lawsuit brought the recovery of money damages, civil penalties, property, or other relief allowed by law. The claim can be more than $10,000, excluding statutory interest and court but including attorney fees, if any.

BY CLERK 2015 AUG 13 PM 4:02 JUSTICE COURT PCT 3-1

---

Cause No. 31-SC-15-00131

| GEORGE MORRIS | § | IN THE JUSTICE COURT |
| VS. | § | PRECINCT 3, PLACE 1 |
| UNITED HEALTH CARE | § | COLLIN COUNTY, TEXAS |
| BY SERVING ICO CT CORP | | |
| SYSTEMS | | |
| 1999 BRYAN ST STE 900 | | |
| DALLAS TX 75232 | | |

THE STATE OF TEXAS TO **UNITED HEALTH CARE**, DEFENDANT, in the hereinafter-styled and numbered cause:

**You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.**

This citation is issued pursuant to a petition filed by the above-named plaintiff on August 13, 2015.

Your answer may be filed with this court, located at 920 East Park Boulevard, Suite 220 Plano Texas 75074.

ISSUED this the 18th day of August, 2015.



Judge Chuck Ruckel
Justice of the Peace,
Precinct 3, Place 1
Collin County, Texas

THIS PROCESS WAS DELIVERED
AT ___10___ O'CLOCK ___A___ M
THIS _____ DAY OF __AUG 21 2015__
CONSTABLE, PRECINCT 1
DALLAS COUNTY, TEXAS

BY _____
DEPUTY

920 East Park Blvd, Ste 220, Plano, Texas Ph#972-881-3001 Fax#972-881-3157
Website: www.collincountytx.gov   Email: JP3_1admin@collincountytx.gov

## OFFICER'S RETURN
## (CIVIL)

Come to hand on the _____ day of _____, _____

at_____, _____.M. and executed in _____ County, Texas by

delivering to the within names defendants to wit:

DELIVERED TO: _____

_____

_____

AT:_____

_____

_____

On the _____ day of _____, _____ at _____ ____.M.

Each, in person, a true copy of the citation, having first endorsed on such copy of

said citation the date of delivery.

Not served as to the following defendant for reason set opposite
names:_____

_____

_____

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

EXECUTING OFFICER, _____

PRECINCT, _____

_____, COUNTY

SERVICE FEE $ _____

_____, DEPUTY

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): 31-SC- 15-0031

Plaintiff(s): George Morris
Address: PO Box 864091
Plano   TX   75086
City   State   Zip   Phone

VS.

Defendant(s): United Health Care
By Serving: RAi ICO CT Corp Systems
Phone: 800-328-5974
Address: 1999 Bryan St, Suite 900
Dallas   TX   75232   Dallas
City   State   Zip   County

IN THE JUSTICE COURT

JUSTICE OF THE PEACE
PRECINCT 3-1

COLLIN COUNTY, TEXAS

Service
Dallas County Constable
7201 S. Polk St
Dallas TX 75201
$80   214-653-7011

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
Violations of the Telecommunications Consumer Protection Act: 3x
will willful damages sought due to the calls being made
to a DNC registered numbers

RELIEF: Plaintiff seeks damages in the amount of $ 4500, and/or return of personal property as
described as follows (be specific): N/A, which has a value of $ 0
Additionally, plaintiff seeks the following: Court fees & Service of
$41 + $80

FILED 2015 AUG 03 PM 4:02 BY CLERK JUSTICE COURT PCT 3-1

SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by
alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the
defendant(s) may be served are:

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your
email address, please check this box, and provide your valid email address:

George Morris
Petitioner's Printed Name

gm
Signature of Plaintiff or Attorney
PO Box 864091
Address of Plaintiff or Attorney
Plano   TX   75086
City   State   Zip
N/A
Phone Number/Fax Number

920 East Park Blvd, Ste 220, Plano, TX 75074 Ph#972-881-3001; Fax#972-881-3157: email: jp3_1admin@collincountytx.gov

CASE NO. 31-SC-15-00131

## AFFIDAVIT SECTION 201 (b)

Plaintiff being duly sworn on oath deposes and says that defendant (s):

(Please check the <u>ONE</u> that applies, sign below as Plaintiff and have this form Notarized)

[ ] is NOT in the military.

[ ] is NOT on active duty in the military and/or

[ ] is NOT in a foreign country on military service.

[ ] is on active military duty and/or is subject to the Servicemembers Civil Relief Act of 2003.

[ ] defendant has waived his rights under the Servicemembers Civil Relief Act of 2003.

[X] military status is unknown at this time.

_____
PLAINTIFF

Sworn to and subscribed before me on the 13th day of August, 2015

STATE OF TEXAS
COUNTY OF COLLIN

FILED 2015 AUG 13 PM 4:02 BY CLERK JUSTICE COURT PCT 3-1

_____       _____
NOTARY PUBLIC SIGNATURE                SEAL

OR

_____       _____
CLERK OF THE COURT                     CLERK SEAL

(Clerk of the Justice Court, Precinct, Collin County, Texas seal)

Penalty for making or using false affidavit -- a person who makes or uses an affidavit knowing it to be false, shall be fined as provided in the Title 18 United States Code, or imprisoned for not more than one year, or both.

COPY

CAUSE NO. 31-SC-15-00131

EXHIBIT 6

| | | |
|---|---|---|
| GEORGE MORRIS, | § | JUSTICE OF THE PEACE |
| Plaintiff, | § | |
| v. | § | PRECINCT NO. 3-1 |
| UNITEDHEALTHCARE OF TEXAS, INC., | § | |
| Defendant. | § | COLLIN COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

Defendant files its original answer, and states:

1. Subject to such admissions and stipulations as may be made at or before time of trial, Defendant denies generally and specially the material allegations in Plaintiff's Petition, pursuant to Tex. R. Civ. P. 92, and demands strict proof thereof in accordance with the requirements of the laws of this state.

2. Defendant requests the following relief:

   (a) That Plaintiff take nothing by reason of his suit;

   (b) That Defendant be dismissed with its costs; and

   (c) That Defendant have such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Dated: August 31, 2015

Respectfully submitted,

By: _____
Andrew G. Jubinsky
Texas Bar No. 11043000
andy.jubinsky@figdav.com
Amber D. Reece
Texas Bar No. 24079892
amber.reece@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANT

FILED 2015 SEP -1 PM 12: 16 JUSTICE COURT PCT 3-1 BY CLERK

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on August 31, 2015.

**Via CMRRR:**
George Morris
P.O. Box 864091
Plano, Texas 75086

_____
Andrew G. Jubinsky