# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GEORGE MORRIS | § | |
| | § | |
| v. | § | Civil Action No. 4:15-CV-638 |
| | § | (Judge Mazzant/Judge Nowak) |
| UNITEDHEALTHCARE INSURANCE | § | |
| COMPANY. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 9, 2016, the report of the Magistrate Judge (Dkt. #66) was entered containing proposed findings of fact and recommendations that Defendant UnitedHealthcare Insurance Company's ("Defendant") Motion for Summary Judgment (Dkts. #46-50) be granted and Defendant's Motion to Strike Plaintiff's Summary Judgment Evidence (Dkt. #58) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Summary Judgment (Dkts. #46-50) is **GRANTED**, Defendant's Motion to Strike Plaintiff's Summary Judgment Evidence (Dkt. #58) is **GRANTED IN PART AND DENIED IN PART**, and Plaintiff's claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 6th day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE