# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE MORRIS, | § | |
| | § | |
| v. | § | Civil Action No.  4:15-CV-638 |
| | § | (Judge Mazzant/Judge Nowak) |
| UNITEDHEALTHCARE INSURANCE COMPANY. | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting entered on this same date, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff George Morris take nothing on all claims asserted against Defendant UnitedHealthcare Insurance Company. Plaintiff's claims and the above titled and numbered cause are hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

**SIGNED this 6th day of December, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE